In re the Marriage of Nancy Jo
**FREDERICH, Appellant,**

v.

**Kurt William FREDERICH,
Respondent.**

**No. 49424.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 29, 1985.

Schlueter and Byrne, Kenneth V. Byrne, St. Louis, for appellant.

Cornelius T. Lane, St. Louis, for respondent.

## ORDER

PER CURIAM.

This is an appeal by Nancy Jo Frederich from the judgment of the trial court in a dissolution of marriage proceeding in which the primary custody of the two minor children born of the marriage was awarded to Kurt William Frederich.

The judgment of the trial court is affirmed.  Rule 84.16(b).